# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER GODWIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, et al., | : : : | No. 19-4951 |
| Defendants. | : | |

## ORDER

AND NOW, on January 31, 2022, upon consideration of the Motion for Summary Judgment of Defendants Pennsylvania Department of Transportation and Pennsylvania Department of Transportation, Engineering District 8 (collectively, "DOT") (doc. 51), Plaintiff Alexander Godwin's Response (doc. 55), and DOT's Reply (doc. 56), and in accordance with the accompanying memorandum opinion, it is ORDERED that summary judgment is GRANTED as to ALL CLAIMS against DOT, and therefore those defendants are DISMISSED from this case.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE